UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

James William Taylor

                        Plaintiff,

v.                                         Case No.: 3:10−cv−00451

First Medical Management, et al.

                        Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/21/2018 re [216].

                                                          Keith Throckmorton, Clerk
                                                         s/ Althea Straughter, Deputy Clerk